### OLNEY T. INMAN v. E. T. MEARS.
No. 15,373.   (94 Pac. 136.)

### R. HAINES PASSMORE v. E. T. MEARS.
No. 15,374.   (94 Pac. 136.)

Error from Montgomery district court; THOMAS J. FLANNELLY, judge.   Opinion filed February 8, 1908. Reversed.

*Archie D. Neale,* for plaintiffs in error.
*J. B. Ziegler,* for defendant in error.

*Per Curiam:* These cases were submitted with *Wilkinson v. Mears, ante,* p. 273, and present the same questions.   For the reasons given in the opinion in that case the judgments are reversed and the causes remanded for new trials.